## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAMIL H. Al-ZUBAIDY, | ) | Case No: 4:02CV3104 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to filing #10, labeled S10, and attachments to filing #16, labeled S16A and S16B, be returned to Kimberly K. Klein, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 20th day of October, 2005.

                                                              BY THE COURT

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge